No. 1058. EL PUEBLO, APELADO, *v.* BALSELLS, APELANTE.—
Adulteración de leche. San Juan, Sección Segunda.
No. 1061. EL PUEBLO, APELADO, *v.* BARRIOS, APELANTE.—
Infracción sección 14, Ley del Servicio Civil. Arecibo.

No. 1063. EL PUEBLO, APELADO, *v.* PACHECO, APELANTE.— Acometimiento y agresión. Ponce.

No. 1064. EL PUEBLO, APELADO, *v.* CRUZ, APELANTE.—Infracción artículo 438 del Código Penal. Ponce.

No. 1065. EL PUEBLO, APELADO, *v.* COLÓN, APELANTE.— Acometimiento y agresión con circunstancias agravantes. Ponce.

No. 1066. EL PUEBLO, APELADO, *v.* BRIGNONI, APELANTE.— Homicidio voluntario. Humacao.

No. 1067. EL PUEBLO, APELADO, *v.* LUJÁN, APELANTE.—Acometimiento y agresión. Humacao.

No. 1068. EL PUEBLO, APELADO, *v.* DÍAZ, APELANTE.—Acometimiento y agresión con circunstancias agravantes. Humacao.

No. 1073. EL PUEBLO, APELADO, *v.* VÁZQUEZ ET AL.—Motín. San Juan, Sección Segunda.

Julio 21, 1916. *Confirmadas las sentencias.*